CHARLES BROWN, a person of color, plaintiff in error, vs. THE STATE OF GEORGIA, defendant in error.

A person of color is not indictable in the County Court for the offence of larceny committed on the 30th of November, 1865.

Certiorari.   Decided by Judge HOOK.   At Chambers. July, 1866.

The plaintiff in error was indicted in the County Court of Jefferson, at July Term, 1866, for the offence of simple lar-

ceny, committed on the 30th day of November, 1865, by stealing a hog, of the value of ten dollars.

His counsel moved to quash the indictment on the grounds :

1. That the Court had no jurisdiction.

2. That crimes must be prosecuted and punished under the laws existing at the time of their commission.

3. That a larceny committed by a negro on the 30th of November, 1865, must be tried by three Justices of the Peace.

4 That the penalty is changed by the Act of March 20th, 1866.

5. That by the Act of March 17th, 1866, the status of negroes·is changed, and they are made liable to the same punishments as white persons.

The Court overruled the motion, and that decision, with some others, was complained of to Judge Hook by certiorari.

Judge Hook affirmed the judgment below, and that is now complained of as error.

WILKINS & CAIN, and TOMPKINS, for plaintiff in error.

CARSWELL & KING, for the State.

WALKER, J.

The judgment in this case is reversed, for the reasons given in the case of *Gibson vs. The State*, decided during the present term.